UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GWENDOLYN I. DONALDSON, | Case No. C10-1795-JLR-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings.  The parties have stipulated that on remand, the Administrative Law Judge (ALJ) shall consider whether plaintiff's post-traumatic stress disorder is severe and to provide a rationale for the finding.  The ALJ shall also consider the opinions of Dr. Kang, Dr. Schimmel, Dr. Shelton, and Dr. Sandvik, state the weight given to each opinion, and provide legally sufficient reasons for discounting any medical

REPORT AND RECOMMENDATION
PAGE - 1

opinion that is not fully adopted.  Additionally, the ALJ shall reconsider plaintiff's subjective complaints, and remove references to Fifth Circuit case law.

A proposed order accompanies this Report and Recommendation.

DATED this 8th day of April, 2011.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2